DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK J. HILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1137

[June 6, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 03-15122CF10A.

Frank J.Hill, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***